UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | | |
|---|---|---|
| In re | : | Chapter 11 Case No. |
| | : | 08-10824 |
| LOUISIANA RIVERBOAT GAMING | : | |
| PARTNERSHIP, *et al.*[1] | : | |
| | : | Jointly Administered |
| Debtors. | : | |

___

**THIRD INTERIM APPLICATION FOR COMPENSATION
FOR THE PERIOD OCTOBER 1, 2008 THROUGH FEBRUARY 28, 2009
FOR HELLER, DRAPER, HAYDEN, PATRICK, & HORN, LLC**

**NOW INTO COURT,** comes Heller, Draper, Hayden, Patrick & Horn, LLC ("Heller Draper" or "Applicant") who files this third application ("Application") for reasonable compensation for professional services rendered by it from October 1, 2008 through February 28, 2009 ("Fee Period"), and for reimbursement of costs and expenses advanced by it during the same period, and who with respect represents that:

**Jurisdiction and Venue**

1. This Court has jurisdiction over these cases and this Application pursuant to 28 U.S.C. §§ 157 and 1334. Venue of these proceedings and this Application is proper in this district pursuant to 28 U.S.C. §§ 1408, 1409 and 1412.

**Background**

2. On March 11, 2008 ("Petition Date"), Louisiana Riverboat Gaming Partnership and certain of its affiliates, the above-captioned debtors and debtors-in-

---

[1] Legends Gaming of Louisiana-1, LLC (08- 10825); Legends Gaming of Louisiana-2, LLC (08-10826); Legends Gaming, LLC (08-10827); Legends Gaming of Mississippi, LLC (08-10828); and Legends Gaming of Mississippi RV Park, LLC (08-10829) are being jointly administered with Louisiana Riverboat Gaming Partnership pursuant to order of this Court [P-3].

possession (collectively, "Legends" or "Debtors"), filed for relief under Chapter 11 of the Bankruptcy Code. The Debtors continue to operate their businesses and manage their property as debtors-in-possession, pursuant to §§ 1107 and 1108 of the Bankruptcy Code.

3. On March 14, 2008, this Court entered an Order approving the application to employ Heller Draper, as Debtors' bankruptcy counsel [P-45].

4. Prior to the filing of the bankruptcy cases, Heller Draper received a retainer in the sum of $160,000.00 from the Debtors to serve as security for services to be rendered prepetition and the filing fees for the bankruptcy cases.

5. The amount of attorneys' fees and costs that were incurred for its prepetition services rendered and expenses incurred on behalf of the Debtors was $121,448.85. Prior to the filing of the petition, $121,448.85 was paid to Heller Draper out of the funds held in the trust account on account of the fees and expenses owed to Heller Draper for prepetition services. Heller Draper also paid the prepetition filing fees of $6,234.00 out of the funds held in the trust account. Thus, Heller Draper holds $38,551.15 as security for fees and expenses to be incurred postpetition.

6. On August 4, 2008, the Debtors filed First Interim Application for Compensation for the Period March 11, 2008 Through June 30, 2008 for Heller, Draper, Hayden, Patrick & Horn, L.L.C. ("First Application") [P-296]. On September 3, 2008, this Court granted the Debtors' First Application in the amount of Four Hundred Eighty-Eight Thousand, Two Hundred Twenty-Five and 00/100 ($488,225.00) Dollars for services performed and Twenty-Four Thousand, Six Hundred Forty-Two and 82/100 ($24,642.82) Dollars for actual and necessary out-of-pocket expenses [P-321].

7. On November 5, 2008, the Debtors filed Second Interim Application for Compensation for the Period July 1, 2008 Through September 30, 2008 for Heller, Draper, Hayden, Patrick & Horn, L.L.C. ("Second Application") [P-383]. On December 10, 2008, this Court granted the Debtors' Second Application in the amount of One Hundred Seventy-Three Thousand Six Hundred Thirty and 12/100 ($173,630.12) Dollars for services performed and Four Thousand Nine Hundred Fifty-Six and 87/100 ($4,956.87) Dollars for actual and necessary out-of-pocket expenses [P-402].

**Relief Sought**

8. By this Application, Heller Draper seeks entry of an order granting a second interim allowance of compensation in the total sum of Six Hundred Sixty Thousand, Four Hundred Ninety-Seven and 94/100 ($660,497.94) Dollars representing Six Hundred Forty Two Thousand, Four Hundred Seven and 50/100 ($642,407.50) Dollars for services performed and Eighteen Thousand Ninety and 44/100 ($18,090.44) Dollars for actual and necessary out-of-pocket expenses.

9. Heller Draper performed various services on behalf of the Debtors during the Fee Period, for which the firm now seeks compensation at its standard billing rates in the amount of Six Hundred Forty Two Thousand, Four Hundred Seven and 50/100 ($642,407.50) Dollars, as follows:

| Attorney/Paraprofessional | Rate | Hours | Total Fee |
|---|---|---|---|
| Douglas Draper | 425.00 | 128.85 | $54,761.25 |
| Douglas Draper | 212.50 | 8.00 | $1,700.00 |
| William H. Patrick, III | 425.00 | 540.55 | $229,733.75 |
| William H. Patrick, III | 212.50 | 96.50 | $20,506.25 |
| Drew R. Ballina | 295.00 | .60 | $177.00 |
| Tristan E. Manthey | 350.00 | 620.10 | $217,035.00 |
| Tristan E. Manthey | 175.00 | 11.50 | $2,012.50 |
| Constant Marquer, III | 325.00 | 148.85 | $48,376.25 |
| Barry W. Miller | 325.00 | 22.55 | $7,328.75 |

| | | | |
|---|---|---|---|
| Troy P. Majoue | 225.00 | 0.30 | $67.50 |
| Cherie D. Nobles | 225.00 | 235.75 | $53,043.75 |
| Kelly Fritscher | 120.00 | 7.90 | $948.00 |
| Tanya A. Reeves | 100.00 | 41.40 | $4,140.00 |
| Tanya A. Reeves | 120.00 | 12.70 | $1,524.00 |
| Robin L. Terrebonne | 100.00 | 7.80 | $780.00 |
| Roxanne Holden | 70.00 | 2.90 | $203.00 |
| LeeAnn Wright | 70.00 | .50 | $35.00 |
| Deborah Hepting | 70.00 | 0.25 | $17.50 |
| Ian Larkins | 45.00 | .40 | $18.00 |
| **TOTAL** | | **1887.40** | **$642,407.50** |

10. In addition, Heller Draper incurred actual and necessary out-of-pocket expenses in the amount of Fifteen Thousand One Hundred Ninety and 46/100 ($15,190.46) in connection with the professional services rendered by them to the Debtors during the Fee Period, as follows:

| **Cost Category** | **Total** |
|---|---|
| Reproduction Expense | $1,700.15 |
| Pleadings Filing Fee | $26.00 |
| Mileage/Parking/Tolls | $1,906.70 |
| Airfare | $7,670.08 |
| Hotel Expenses | $1,730.02 |
| Travel Expenses-Miscellaneous | $231.67 |
| Counsel Meeting/Working Lunch | $2,696.12 |
| Conference Call/Toll Call Services | $1,088.90 |
| Express Mail Deliveries | $32.74 |
| Postage | $62.00 |
| Facsimile | $22.00 |
| Computer Research | $208.56 |
| Reproduction | $715.50 |
| **TOTAL** | **$18,090.44** |

11. By this Application, the Debtors also seek the Court's authority to maintain their retainer in the amount of $38,551.15 as security for fees and expenses to be incurred post-petition.

## Project Categories

12. For purposes of this Application, the work performed by Applicant during the Fee Period has been categorized into twelve (12) project billing categories. These are as follows:

A. <u>Administration</u>

This category includes the usual chapter 11 administrative functions required of the Applicant in its representation of the Debtors, including advising the Debtors in the continued operation of their businesses and conferring with them on the strategy and conduct of these proceedings.

B. <u>Use of Cash Collateral and Other First Day Pleadings</u>

Included in this category are the Applicant's efforts with respect to the Debtors' continued use of cash collateral. Specific tasks include the preparation and review of correspondence and communication with the Debtors and other interested parties; the review, drafting and revision of pleadings and related documents; and appearances at hearings relating to same.

C. <u>Schedules and Statements of Financial Affairs</u>

This category includes the Applicant's work towards the preparation, filing and amending the Debtors' schedules, statements of financial affairs, and financial reports.

D. <u>Executory Contracts</u>

This category includes the Applicant's ongoing efforts with respect to the matters involving existing and proposed contracts. Heller Draper assisted the Debtors in analyzing their executory contracts and the need to assume or reject the same. Specific tasks include the review and analysis of contracts and related materials; the review,

3215/18567/165598.3     5

08-10824 - #571  File 04/14/09  Enter 04/14/09 11:18:56  Main Document  Pg 5 of 14

drafting, and revision of pleadings and related documents; and communications with the Debtors and with other parties of interest.

E. Claims Analysis

This category addresses the Applicant's work with respect to claims against the Debtors. Particular tasks include the review of pleadings and related documents; drafting and revision of correspondence and reports; and related communications with the Debtors and other parties in interest.

F. Plan and Disclosure

This category includes the Applicant's efforts relative to preparation, filing and confirmation of the Debtors' reorganization plan.

G. Client Communications

This category reasonably comprises most communications with the Debtors apart from those communications specifically falling under other project headings.

H. Litigation

This category includes contested issues and related efforts of the Applicant. Particular tasks include the review of pleadings and related documents; drafting and revision of correspondence and reports; related communications with the Debtors and others; and negotiations regarding the same.

I. Other

This category includes efforts of the Applicant that do not specifically fall under any of the other project headings.

J. Retention and Payment of Professional

This category includes the Applicant's efforts relative to the retention of the Debtors' professionals in this case and payment of those professionals.

K. Research

This category includes research efforts conducted for discrete projects.

L. Travel

This category includes travel time necessary to the firm's representation of the Debtors.

13. Compensation is sought in the following amounts for these project categories:

A. Administration

| Name | Hours | Hourly Rate | Total |
|---|---|---|---|
| Douglas S. Draper | 4.45 | $425 | $ 1,891.25 |
| William H. Patrick, III | 28.40 | $425 | $12,070.00 |
| Tristan E. Manthey | 25.40 | $350 | $ 8,890.00 |
| Cherie D. Nobles | 1.30 | $225 | $   292.50 |
| Kelly Fritscher | 6.20 | $120 | $   744.00 |
| Tanya A. Reeves | 39.40 | $100 | $ 3,940.00 |
| Tanya A. Reeves | 12.70 | $120 | $ 1,524.00 |
| Roxanne M. Holden | .30 | $ 70 | $    21.00 |
| Ian Larkins | .40 | $ 45 | $    18.00 |

**Total Administration**     **$29,390.75**

B. Use of Cash Collateral and First Day Pleadings

| Name | Hours | Hourly Rate | Total |
|---|---|---|---|
| Douglas S. Draper | 29.55 | $425 | $12,558.75 |
| William H. Patrick, III | 74.40 | $425 | $31,620.00 |
| Tristan E. Manthey | 90.20 | $350 | $31,570.00 |
| Cherie D. Nobles | 20.50 | $225 | $ 4,612.50 |

**Total Use of Cash Collateral, etc.**     **$80,361.25**

| C. | Schedules and Statements | Hours | Hourly Rate | Total |
|---|---|---|---|---|
| | Tristan E. Manthey | 2.70 | $350 | $ 945.00 |
| | Cherie D. Nobles | 2.30 | $225 | $ 517.50 |
| | Tanya A. Reeves | 2.00 | $100 | $ 200.00 |
| | **Total Schedules and Statements** | | | **$ 1,662.50** |
| D. | Executory Contracts | Hours | Hourly Rate | Total |
| | William H. Patrick, III | 2.20 | $425 | $ 935.00 |
| | Tristan E. Manthey | 10.20 | $350 | $ 3,570.00 |
| | **Total Executory Contracts** | | | **$ 4,505.00** |
| E. | Claims Analysis | Hours | Hourly Rate | Total |
| | William H. Patrick, III | 6.30 | $425 | $ 2,677.50 |
| | Barry W. Miller | 12.95 | $325 | $ 4,208.75 |
| | Tristan E. Manthey | 21.50 | $350 | $ 7,525.00 |
| | Cherie D. Nobles | 9.00 | $225 | $ 2,025.00 |
| | Roxanne M. Holden | 1.00 | $ 70 | $ 70.00 |
| | Robin L. Terrebonne | 6.30 | $100 | $ 630.00 |
| | **Total Claims Analysis** | | | **$ 17,136.25** |
| F. | Plan and Disclosure | Hours | Hourly Rate | Total |
| | Douglas S. Draper | 92.35 | $425 | $ 39,248.75 |
| | William H. Patrick, III | 356.05 | $425 | $151,321.25 |
| | Tristan E. Manthey | 318.50 | $350 | $111,475.00 |
| | Drew R. Ballina | .20 | $295 | $ 59.00 |
| | Constant G. Marquer, III | 147.85 | $325 | $ 48,051.25 |
| | Cherie D. Nobles | 37.85 | $225 | $ 8,516.25 |
| | Kelly Fritscher | 1.70 | $120 | $ 204.00 |
| | LeeAnn Wright | .50 | $ 70 | $ 35.00 |
| | Roxanne M. Holden | 1.60 | $ 70 | $ 112.00 |
| | **Total Plan and Disclosure** | | | **$359,022.50** |

| | G. | Client Communication | Hours | Hourly Rate | Total |
|---|---|---|---|---|---|
| | | Douglas S. Draper | 1.00 | $425 | $    425.00 |
| | | William H. Patrick, III | 46.80 | $425 | $19,890.00 |
| | | Tristan E. Manthey | 71.50 | $350 | $25,025.00 |
| | | Constant G. Marquer, III | 1.00 | $325 | $    325.00 |

**Total Client Communication**      **$45,665.00**

| | H. | Litigation | Hours | Hourly Rate | Total |
|---|---|---|---|---|---|
| | | William H. Patrick, III | 25.30 | $425 | $10,752.50 |
| | | Tristan E. Manthey | 46.60 | $350 | $16,310.00 |
| | | Barry Miller | 9.60 | $325 | $ 3,120.00 |
| | | Cherie Nobles | 14.80 | $225 | $ 3,330.00 |
| | | Robin L. Terrebonne | 1.50 | $100 | $    150.00 |

**Total Litigation**      **$ 33,662.50**

| | I. | Other | Hours | Hourly Rate | Total |
|---|---|---|---|---|---|
| | | Cherie Nobles | 5.20 | $225 | $ 1,170.00 |

**Total Other**      **$1,170.00**

| | J. | Retention and Payment of Professionals | Hours | Hourly Rate | Total |
|---|---|---|---|---|---|
| | | William H. Patrick, III | .40 | $425 | $    170.00 |
| | | Tristan E. Manthey | 22.50 | $350 | $ 7,875.00 |
| | | Troy P. Majoue | .30 | $225 | $     67.50 |
| | | Cherie D. Nobles | 8.20 | $225 | $ 1,845.00 |

**Total Retention and Payment of Professionals**      **$ 9,957.50**

| | K. | Research | Hours | Hourly Rate | Total |
|---|---|---|---|---|---|
| | | Douglas S. Draper | 1.50 | $425 | $    637.50 |
| | | William H. Patrick, III | .70 | $425 | $    297.50 |
| | | Tristan E. Manthey | 11.00 | $350 | $ 3,850.00 |
| | | Drew R. Ballina | .40 | $295 | $    118.00 |
| | | Cherie D. Nobles | 136.60 | $225 | $30,735.00 |
| | | Deborah Hepting | .25 | $ 70 | $     17.50 |

**Total Research**      **$35,655.50**

| L. | Travel | Hours | Hourly Rate | Total |
|---|---|---|---|---|
| | Douglas S. Draper | 8.00 | $212.50 | $ 1,700.00 |
| | William H. Patrick, III | 96.50 | $212.50 | $20,506.25 |
| | Tristan E. Manthey | 11.50 | $175 | $ 2,012.50 |

**Total Travel**            **$24,218.75**

<strong>Factors Supporting Award of Interim Relief Sought</strong>

14. In *Matter of First Colonial Corp. of America*, 544 F.2d 1291 (5th Cir. 1977), the Fifth Circuit ruled that the twelve factors found in *Johnston v. Georgia Highway Express*, 488 F.2d 714 (5th Cir. 1974), are to be considered when awarding compensation. These factors are set forth below:

A. The time and labor required.

B. The novelty and difficulty of the questions presented.

C. The skill required to perform the legal services.

D. The preclusion of other employment by attorneys due to acceptance of the case.

E. The customary fee in the community.

F. Whether the fee is fixed or contingent.

G. The time limitations imposed by the client or circumstances.

H. The amount involved and the result obtained.

I. The experience, reputation and ability of the attorney.

J. The undesirability of the case.

K. The nature and length of the professional relationship with the client.

L. Awards in similar case.

15. Heller Draper believes that as applied to the firm's services in this case, the following analysis of *Johnson* factors is appropriate:

A. <u>The time and labor required</u>

The charge for Heller Draper's services in this case for the period for which compensation is sought totals Six Hundred Forty Two Thousand, Four Hundred Seven and 50/100 ($642,407.50) Dollars at their hourly rates. Exhibit "A" attached hereto and incorporated by reference herein reflects the time spent and fees sought for the services rendered by the partners and junior associates employed by the Applicant.

B. <u>The novelty of and difficulty of the questions presented</u>

This case has presented issues of moderate or greater difficulty.

C. <u>The skills required to perform the accounting services</u>

When possible, particular projects have been handled by a junior professional.

D. <u>Preclusion of employment due to acceptance of the case</u>

There has been no preclusion of employment.

E. <u>The customary fee in the community</u>

Heller Draper seeks fees for its services at the firm's standard rates, and submits that same are fair and reasonable when compared with rates charged by and fees allowed to other counsel of similar experience and expertise in comparable cases.

F. <u>Whether the fee is fixed or contingent</u>

These fees are not on a contingent basis except to the extent that all fees due to Professionals from a debtor in a pending bankruptcy proceeding are contingent upon the success of the case and the availability of cash.

G. <u>Time limitations imposed by client or circumstances</u>

There were some time constraints.

H. <u>The amount involved and the result obtained</u>

Heller Draper submits that the amount sought is fully commensurate with the results obtained.

I. <u>The experience, reputation and ability of the accountants</u>

Heller Draper believes and respectfully submits that its attorneys are highly regarded as experts in the areas of bankruptcy, insolvency, and corporate reorganization in the State of Louisiana. The firm has extensive experience in handling bankruptcy and insolvency matters on behalf of debtors in bankruptcy cases, and has acted as counsel to other debtors in other cases in this district.

J. <u>The undesirability of the case</u>

These particular bankruptcy cases are large and complex and require strict compliance with gaming laws and regulations; thus, they are more time consuming.

K. <u>The nature and length of the professional relationship with the client</u>

The firm has had no relationship with the Debtors other than in connection with this case.

L. <u>Awards in similar cases</u>

Heller Draper alleges that an order of compensation on the basis prayed for is consistent with awards made in similar cases in this district. Heller Draper further submits that the rates charged reasonably compensate the firm for the services provided by its attorneys and paraprofessionals, given the experience and expertise of each of

them. The rates charged are standard rates typically charged by the firm for comparable services provided to other clients.

**WHEREFORE** the Applicant, Heller, Draper, Hayden, Patrick & Horn, L.L.C., prays that an order enter: (1) granting the interim allowance of compensation in the total sum of Six Hundred Sixty Thousand, Four Hundred Ninety-Seven and 94/100 ($660,497.94) Dollars representing Six Hundred Forty Two Thousand, Four Hundred Seven and 50/100 ($642,407.50) Dollars for services performed and Eighteen Thousand Ninety and 44/100 ($18,090.44) Dollars for actual and necessary out-of-pocket expenses for the period October 1, 2008 through February 28, 2009, (2) authorizing Heller Draper to maintain its retainer in the amount of $38,551.15 as security for fees and expenses to be incurred post-petition; and (3) for all other general and equitable relief to which they may be entitled.

                        Respectfully submitted,

                    /s/ Tristan E. Manthey
                  William H. Patrick III, La. Bar No. 10359
                  Tristan E. Manthey, La. Bar No. 24539
                  **HELLER, DRAPER, HAYDEN,**
                  **PATRICK & HORN, L.L.C.**
                  650 Poydras Street, Suite 2500
                  New Orleans, LA 70130-6103
                  Telephone: 504-200-3300
                  Fax: 504-299-3399
                  **Counsel for Debtors in Possession**

# NOTICE ANNEX

**Pursuant to 11 U.S.C. § 342, the following sets forth the name, addresses and last four digits of the tax identification number for each of the referenced Debtors:**

| DEBTORS AND ADDRESSES | CASE NO. | TAX I.D. NO. |
|---|---|---|
| Louisiana Riverboat Gaming Partnership<br>711 DiamondJacks Blvd.<br>Bossier City, LA 71111 | 08-10824 | xx-xxx5811 |
| Legends Gaming of Louisiana-1, LLC<br>711 DiamondJacks Blvd.<br>Bossier City, LA 71111 | 08-10825 | xx-xxx3064 |
| Legends Gaming of Louisiana-2, LLC<br>711 DiamondJacks Blvd.<br>Bossier City, LA 71111 | 08-10826 | xx-xxx3099 |
| Legends Gaming, LLC<br>160 South LaGrange Road<br>Frankfort, IL 60423 | 08-10827 | xx-xxx7524 |
| Legends Gaming of Mississippi, LLC<br>3990 Washington Street<br>Vicksburg, MS 39180 | 08-10828 | xx-xxx3167 |
| Legends Gaming of Mississippi RV Park, LLC<br>3990 Washington Street<br>Vicksburg, MS 39180 | 08-10829 | xx-xxx8765 |