**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF LOUISIANA**
**SHREVEPORT DIVISION**

---------------------------------------------------------x
In re                                              :     **Chapter 11 Case No.**
                                                   :     **08-10824**
**LOUISIANA RIVERBOAT GAMING**                     :
**PARTNERSHIP,** *et al.*[1]                      :
                                                   :     **Jointly Administered**
             Debtors.                              :
---------------------------------------------------------x

### NOTICE OF OCCURRENCE OF EFFECTIVE DATE OF THE AMENDED JOINT CHAPTER 11 PLAN OF REORGANIZATION FOR LOUISIANA RIVERBOAT GAMING PARTNERSHIP AND AFFILIATES AS OF JUNE 5, 2009

**PLEASE TAKE NOTICE** that the Effective Date[2] of the *Amended Joint Chapter 11 Plan of Reorganization for Louisiana Riverboat Gaming Partnership and Affiliates as of June 5, 2009* (the "Plan") [P-705] filed by Louisiana Riverboat Gaming Partnership and certain of its affiliates (the "Debtors") occurred on September 18, 2009;

**PLEASE TAKE FURTHER NOTICE** that, in accordance with section 10.2 of the Plan, the undersigned hereby acknowledge that (a) the conditions to the occurrence of the Effective Date specified in the Plan have been either satisfied or waived by the Debtors, the Steering Group of First Lien Lenders, and the New Investor, as applicable, and (b) the Effective Date occurred on and as of September 18, 2009.

**[SIGNATURES ON NEXT PAGE]**

---

[1] Legends Gaming of Louisiana-1, LLC (08-10825); Legends Gaming of Louisiana-2, LLC (08-10826); Legends Gaming, LLC (08-10827); Legends Gaming of Mississippi, LLC (08-10828); and Legends Gaming of Mississippi RV Park, LLC (08-10829) are being jointly administered with Louisiana Riverboat Gaming Partnership pursuant to order of this Court [P-3].

[2] Unless otherwise defined herein, all capitalized terms used in this Notice shall have the meanings ascribed to them in the Plan.

Dated:   September 18, 2009

      /s/ William H. Patrick, III
William H. Patrick III, La. Bar No. 10359
Tristan Manthey, La. Bar No. 24539
HELLER, DRAPER, HAYDEN,
PATRICK & HORN, L.L.C.
650 Poydras Street, Suite 2500
New Orleans, LA  70130-6103
Telephone: 504-299-3300
Fax: 504-299-3399
**Counsel for Debtors in Possession and Upon the Effective Date the Reorganized Debtors**

and

  /s/Brian S. Hart
Joseph A. Walsh
Brian S. Hart
Matt Botica
WINSTON & STRAWN LLP
35 West Wacker Drive
Chicago, IL 60601
Phone: 312-558-5600
Fax:     312-558-5700
**Counsel for Debtors in Possession and Upon the Effective Date the Reorganized Debtors**

and

 /s/ Michael Riela
Robert J. Rosenberg
Michael Riela
LATHAM & WATKINS LLP
885 Third Avenue, Suite 1000
New York, New York, 10022
Telephone: (212) 906-1200
Fax: (212) 751-4864
**Counsel for Steering Group of First Lien Lenders**

and

 /s/ William J. McEnery
William J. McEnery
**New Investor**

Dated: September 18, 2009

_____
William H. Patrick III, La. Bar No. 10359
Tristan Manthey, La. Bar No. 24539
HELLER, DRAPER, HAYDEN,
PATRICK & HORN, L.L.C.
650 Poydras Street, Suite 2500
New Orleans, LA 70130-6103
Telephone: 504-299-3300
Fax: 504-299-3399
**Counsel for Debtors in Possession and Upon the Effective Date the Reorganized Debtors**

and

_____
Joseph A. Walsh
Brian S. Hart
Matt Botica
WINSTON & STRAWN LLP
35 West Wacker Drive
Chicago, IL 60601
Phone: 312-558-5600
Fax: 312-558-5700
**Counsel for Debtors in Possession and Upon the Effective Date the Reorganized Debtors**

and

_____
Robert J. Rosenberg
Michael Riela
LATHAM & WATKINS LLP
885 Third Avenue, Suite 1000
New York, New York, 10022
Telephone: (212) 906-1200
Fax: (212) 751-4864
**Counsel for Steering Group of First Lien Lenders**

and

_____
William J. McEnery
**New Investor**

Dated: September 18, 2009

William H. Patrick III, La. Bar No. 10359
Tristan Manthey, La. Bar No. 24539
HELLER, DRAPER, HAYDEN,
PATRICK & HORN, L.L.C.
650 Poydras Street, Suite 2500
New Orleans, LA 70130-6103
Telephone: 504-299-3300
Fax: 504-299-3399
**Counsel for Debtors in Possession and Upon the Effective Date the Reorganized Debtors**

and

*/s/ Brian S. Hart*

Joseph A. Walsh
Brian S. Hart
Matt Botica
WINSTON & STRAWN LLP
35 West Wacker Drive
Chicago, IL 60601
Phone: 312-558-5600
Fax: 312-558-5700
**Counsel for Debtors in Possession and Upon the Effective Date the Reorganized Debtors**

and

Robert J. Rosenberg
Michael Riela
LATHAM & WATKINS LLP
885 Third Avenue, Suite 1000
New York, New York, 10022
Telephone: (212) 906-1200
Fax: (212) 751-4864
**Counsel for Steering Group of First Lien Lenders**

and

William J. McEnery
**New Investor**

Dated: September 18, 2009

    */s/ William H. Patrick, III*
William H. Patrick III, La. Bar No. 10359
Tristan Manthey, La. Bar No. 24539
HELLER, DRAPER, HAYDEN,
PATRICK & HORN, L.L.C.
650 Poydras Street, Suite 2500
New Orleans, LA 70130-6103
Telephone: 504-299-3300
Fax: 504-299-3399
**Counsel for Debtors in Possession and Upon the Effective Date the Reorganized Debtors**

and

  */s/Brian S. Hart*
Joseph A. Walsh
Brian S. Hart
Matt Botica
WINSTON & STRAWN LLP
35 West Wacker Drive
Chicago, IL 60601
Phone: 312-558-5600
Fax: 312-558-5700
**Counsel for Debtors in Possession and Upon the Effective Date the Reorganized Debtors**

and

  */s/ Michael Riela*
Robert J. Rosenberg
Michael Riela
LATHAM & WATKINS LLP
885 Third Avenue, Suite 1000
New York, New York, 10022
Telephone: (212) 906-1200
Fax: (212) 751-4864
**Counsel for Steering Group of First Lien Lenders**

and

  */s/ William J. McEnery*
William J. McEnery
**New Investor**

Dated: September 18, 2009

                        William H. Patrick III, La. Bar No. 10359
                        Tristan Manthey, La. Bar No. 24539
                        HELLER, DRAPER, HAYDEN,
                        PATRICK & HORN, L.L.C.
                        650 Poydras Street, Suite 2500
                        New Orleans, LA  70130-6103
                        Telephone: 504-299-3300
                        Fax: 504-299-3399
                        **Counsel for Debtors in Possession and Upon the Effective Date the Reorganized Debtors**

and

                        Joseph A. Walsh
                        Brian S. Hart
                        Matt Botica
                        WINSTON & STRAWN LLP
                        35 West Wacker Drive
                        Chicago, IL 60601
                        Phone: 312-558-5600
                        Fax:    312-558-5700
                        **Counsel for Debtors in Possession and Upon the Effective Date the Reorganized Debtors**

and

                        Robert J. Rosenberg
                        Michael Riela
                        LATHAM & WATKINS LLP
                        885 Third Avenue, Suite 1000
                        New York, New York, 10022
                        Telephone: (212) 906-1200
                        Fax: (212) 751-4864
                        **Counsel for Steering Group of First Lien Lenders**

                        and

                        _/s/ William J. McEnery_
                        William J. McEnery
                        **New Investor**

NOTICE ANNEX 1

**Pursuant to 11 U.S.C. § 342, the following sets forth the name, addresses and last four digits of the tax identification number for each of the referenced Debtors:**

| **DEBTORS AND ADDRESSES** | **CASE NO.** | **TAX I.D. NO.** |
|---|---|---|
| Louisiana Riverboat Gaming Partnership<br>711 DiamondJacks Blvd.<br>Bossier City, LA 71111 | 08-10824 | xx-xxx5811 |
| Legends Gaming of Louisiana-1, LLC<br>711 DiamondJacks Blvd.<br>Bossier City, LA 71111 | 08-10825 | xx-xxx3064 |
| Legends Gaming of Louisiana-2, LLC<br>711 DiamondJacks Blvd.<br>Bossier City, LA 71111 | 08-10826 | xx-xxx3099 |
| Legends Gaming, LLC<br>160 South LaGrange Road<br>Frankfort, IL 60423 | 08-10827 | xx-xxx7524 |
| Legends Gaming of Mississippi, LLC<br>3990 Washington Street<br>Vicksburg, MS 39180 | 08-10828 | xx-xxx3167 |
| Legends Gaming of Mississippi RV Park, LLC<br>3990 Washington Street<br>Vicksburg, MS 39180 | 08-10829 | xx-xxx8765 |